Mariyah Montae
PO Box 568
Bowie, AZ 85605
(520) 847.3515

FILED
IN CLERKS OFFICE

2008 JAN 17 A 11: 00

U.S. DISTRICT COURT
DISTRICT OF MASS.

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

Mariyah Montae,

    Plaintiff

**08 CA 10099 NMG**

Vs.

American Airlines, Inc.
And The Boston State Police Department

MAGISTRATE JUDGE _Bowler_

    Defendant(s)

## COMPLAINT

### Jurisdiction

The complaint of a series of discriminatory, unlawful arrest by the state police, sexual harassment, racial profiling, excessive force, unlawful imprisonment, civil rights violations, Constitutional Rights Violations and Americans With Disabilities Act Violations belong in this court due to the geographic location but moreover due to the seriousness of the violations on the behalf of the defendant(s) and the intentional harm caused to Miss Montae. The officers are guilty of lying, brutality and harassment. The American Airlines named as the first defendant initiated the harassment which was done in a discriminatory fashion, obtrusive, psychologically abusive and based on lies. Both defendants caused Miss Montae undue physical and psychological harm adding to her disability of Post Traumatic Stress Syndrome. In addition, the civil action requested by the plaintiff regards the jurisdiction of this court appropriate due to the nature of the violations, that is to state the violations are Constitutional, Civil Rights and ADA discriminatory practices.

### Complaint

The reiteration of some of the above stated facts including harassment, intimidation, lying in official duty, racial profiling, Constitutional Rights Violations, Civil Rights Violations and Americans with Disabilities Act discriminatory Violations by the defendants warrants redress. Miss Montae suffered physically, emotionally and psychologically. The damage of which no amount of funds can repair. Miss Montae is entitled to relief from the

defendant(s) because of the civil (and criminal) violations Miss Montae was subjected to without reason, respect, logical thinking or correct and professional standards on the part of both defendant(s) named in this complaint.

Mariyah Montae (cont'd Montae vs American Airlines, Inc and the Boston state Police)
PO Box 568
Bowie, AZ 85605
(520) 847.3515

IN THE UNITED STATES DISTRICT COURT FOR THE
COMMOMWEALTH OF MASSACHUSETTS

Mariyah Montae,

    Plaintiff

vs.

American Airlines, Inc.
And The Boston State Police

    Defendant(s)

DEMAND

The enormous humiliation, abuse, discrimination, lying, improper and harmful misconduct including unlawful arrest, sexual harassment, unlawful imprisonment and the horrific, intentionally ill-willed abuse of my mind and body in violation of the laws set forth, for any reasonable person to adhere to with common decency, allows the pleader/plaintiff to seek justice in the form of retraining for the officers and firing in the cases where there is no improvement or the abusive behaviour has been repeated without justice. In addition to the injunction of the police to refrain from breaking the law they are sworn to uphold, I request $100,000 from the Boston State Police Department for the abuse and violations and $200,000 from American Airlines for violations of American with Disabilities Act, Constitutional Rights Violations and Civil Rights Violations.

Supplement to the Complaint: Where there are criminal and civil violations may the court determine both thus relieving the burden of a second criminal court. Furthermore, I request a trial by jury but am open to other options.

Dated: January 13th, 2008

        Mariyah Montae
        PO Box 568

(cont'd p.3 Montae vs. American Airlines and the Boston state Police)

Dated: January 13th, 2008

*/s/ M. Montae*

Mariyah Montae
PO Box 568
Bowie, Arizona 85605

(520) 847.3515/(310) 710.6709