# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

**Mariyah Montae**
          **Plaintiff**

   V.

**American Airlines, et al.,**
          **Defendant**

**CIVIL ACTION**

**NO. 08-10099-NMG**

### Order of Dismissal
### July 22, 2008

Gorton, D. J.

     For failure of the Plaintiff to comply with the Court's Order of April 4, 2008 requiring the Plaintiff to either show cause why this action should not be dismissed, or to amend, it is hereby Ordered this case is dismissed with prejudice.

**Approved,**

/s/ Nathaniel M. Gorton,
**United States District Judge**

**By the Court,**

/s/ Craig J. Nicewicz
**Deputy Clerk**

(Dismendo.ord - 09/92)  [odism.]